**CLERK'S OFFICE**
**A TRUE COPY**
**May 14, 2021**
**s/ Nathan Jamieson**
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Storage Unit 571 at Storage Master LLC,<br>located at 307 W. Layton Avenue, Milwaukee WI | Case No. 21-M-393 (SCD) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Eastern   District of   Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   05/28/2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Stephen Dries   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   5-14-21. 3:00 pm                              *s/ Stephen C. Dries*
                                                                                                        *Judge's signature*

City and state:   Milwaukee, Wis                                Hon. Stephen Dries, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                           *Executing officer's signature*

                                                                           *Printed name and title*

# ATTACHMENT A

## Description of the Property to be Searched

Storage Unit 571 at Storage Master LLC, located at 307 West Layton Avenue in Milwaukee, Wisconsin 53207.

## ATTACHMENT B

### Particular Items to Be Seized

All records, information, and items related to violations of 21 U.S.C. §§ 841 and 846 (distribution of controlled substances and conspiracy to distribute controlled substances), which have been committed by persons both known and unknown to law enforcement, and indicia of occupancy, ownership, or use of the searched unit and any property therein.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

**CLERK'S OFFICE
A TRUE COPY
May 14, 2021
s/ Nathan Jamieson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Storage Unit 571 at Storage Master LLC, )
located at 307 W. Layton Avenue, Milwaukee WI )

Case No. 21-M-393 (SCD)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Eastern___ District of ___Wisconsin___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Distribution of Controlled Substances |
| 21 USC § 846 | Conspiracy to Distribute Controlled Substances |

The application is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:_____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TFO Brian Ploch
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means)*.

Date: 5-14-21

*Judge's signature*

City and state: Milwaukee, Wis

Hon. Stephen Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Officer Brian Ploch, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property as described in Attachment A and the extraction of evidence from said property as described in Attachment B.

2. I am a sworn Police Officer with the Cudahy Police Department and have been for approximately 7 years. I am currently a deputized federal task force officer assigned to the Federal Bureau of Investigation's (FBI's) Milwaukee Area Safe Streets Task Force (MASSTF), which provides me with the authorization to present sworn affidavits in support of federal search warrants applications. I have received training and have experience in the area of controlled substances investigations, money laundering, financial investigations, and various methods that drug dealers use to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of controlled substances laws to include other violations associated with the trafficking of controlled substance. I have participated in numerous drug investigations utilizing various means of investigation, including but not limited to a wire investigation, the execution of search warrants, the use of subpoenas, and the use of informants.

3. The information in this affidavit is based upon my own investigation and information provided to me and others by persons and agencies that I believe to be reliable. Except where otherwise noted, investigators of the FBI, other law enforcement officers, or other third parties have provided information set forth in this affidavit to me either directly or indirectly. As such, information in this affidavit may not reflect my personal observations or investigations, but

it is information I am aware of and adopt herein for the purpose of this affidavit. This affidavit is intended to merely establish probable cause to identify and search storage units, it does not include each and every fact pertaining to this investigation.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841 and 846 (distribution of controlled substances and conspiracy to distribute controlled substances) have been committed by unknown persons, operating in the location described in Attachment A. There is also probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

## LOCATION OF PROPERTY TO BE SEARCHED

5. Storage Unit 571 at Storage Master LLC, located at 307 West Layton Avenue, Milwaukee, Wisconsin, 53207.

## PROBABLE CAUSE

6. On or about May 10, 2021, FBI investigators in El Paso, Texas seized approximately 112 kilograms of methamphetamine from a semi-truck within the FBI El Paso area of responsibility. The concealment method utilized in the semi was insulation. A subsequent search warrant executed at the point of origin for the semi, which was also in the El Paso FBI area of responsibility, led to the seizure of an additional approximate 120 kilograms of methamphetamine, approximate 40 kilograms of cocaine, and approximate 68 kilograms of marijuana.

7. During the course of the investigation, FBI El Paso learned that the original 112 kilograms of methamphetamine mentioned in previous paragraph was intended to arrive at a known address in Kansas City, Missouri.

8. In addition to the narcotics located during this investigation, FBI El Paso also located additional bills of lading for storage units in Chicago, Illinois; Oklahoma City, Oklahoma; Charlotte, North Carolina; and Milwaukee, Wisconsin.

9. FBI identified the company being utilized as the shipper for the contraband as "Interglobal Logistics." Documents pertaining to the shipment indicate that "Marcos Molina" is a representative for "Interglobal Logistics." Marcos Molina was further identified as Marcos Molina M/W 11/22/1996 out of El Paso, Texas.

10. Affiant learned that Marcos Molina utilized the company name "Interglobal Logistics," located at 11742 John Polley Cir., El Paso, Texas 79936 and phone number (915) 331-2384 to rent a storage unit in Kansas City. Additionally, Marcos Molina authorized Randy Javier Terrazas, DOB: 1/09/1995, as an authorized signer for the rental unit.

11. Kansas City FBI TFO Mark Corbin drafted a search warrant for the storage locker identified as a shipment hub in Kansas City. That warrant was signed by United States Magistrate Judge W. Brian Gaddy of the Western District of Missouri on May 12, 2021. During the execution of that warrant, insulation consistent with the suspects' known concealment method of kilogram quantities of narcotics was located within the unit.

12. Affiant knows that leads have been cut to other FBI areas of responsibility including in Chicago, Illinois; Oklahoma City, Oklahoma; and Charlotte, North Carolina in relation to this narcotics investigation. Investigations are being conducted in those areas.

13. Affiant knows that a Milwaukee shipping receipt located during the search warrant execution in El Paso showed a shipment from "Distribution Center" located at 1049 Eastside Road, El Paso TX 79915 to "Distribution Warehouse" located at 307 West Layton Avenue, Milwaukee, WI, 53207. Affiant knows that the business located at 307 West Layton Avenue is a business for

private storage units, Storage Master LLC. This is not a distribution warehouse. The shipment weight for that delivery was documented at total weight "18000" and the description of the delivery is "dry goods." The invoice number on the document is 95294.

14. On May 14, 2021, the regional manager for Storage Master, LLC, Nick Galezewski, confirmed that Unit 571 at Storage Master is leased to Marcos Molina. Unit 571 is a 10x20 heated unit at Storage Master.

15. Affiant also learned from Galezewski that Marcos Molina's payment for Unit 571 previously lapsed briefly and the lock for the unit was cut and replaced. Per Storage Master LLC procedure, the unit was not entered, but some contents were observed from the outside. Galezewski indicated that Chris Logan, the facility manager responsible for cutting/replacing the lock, recalled seeing insulation inside the unit. Logan confirmed this information by text message to Galezewski, who conveyed the information to me.

16. On May 14, 2021, affiant spoke with FBI Special Agent Steve Whitecotton regarding his knowledge of this investigation. SA Whitecotton was originally assigned the lead. He confirmed that the concealment method for the narcotics in this investigation that was identified in El Paso and Kansas City was insulation. The presence of insulation in Unit 571 is consistent with the reported concealment method previously identified in this investigation.

17. Affiant believes, based on the information learned during the search warrant in El Paso, the Kansas City investigation leading to the recovery of evidence consistent with kilogram level distribution, information provided by Storage Master, and the inconsistency on the recovered Storage Master invoice (the storage unit listed as a distribution warehouse), that Unit 571 at Storage Master contains evidence of the distribution of controlled substances and conspiracy to distribute controlled substances.

18. Law enforcement has "frozen" the scene at Storage Locker and is currently awaiting issuance of a search warrant.

## CONCLUSION

19. I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the target property, described in Attachment A, for the search of items listed in Attachment B.

# ATTACHMENT A

## Description of the Property to be Searched

Storage Unit 571 at Storage Master LLC, located at 307 West Layton Avenue in Milwaukee, Wisconsin 53207.

## ATTACHMENT B

### Particular Items to Be Seized

All records, information, and items related to violations of 21 U.S.C. §§ 841 and 846 (distribution of controlled substances and conspiracy to distribute controlled substances), which have been committed by persons both known and unknown to law enforcement, and indicia of occupancy, ownership, or use of the searched unit and any property therein.