# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-M-393 (SCD) | 5/14/21 1536 | Storage Master LLC |

Inventory made in the presence of: TFO Ploch & SA White Cotton

Inventory of the property taken and name(s) of any person(s) seized:

- 1 iPhone
- Documents pertaining to indicia of occupancy

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/17/21

_Executing officer's signature_

Brian Ploch
_Printed name and title_